In the Matter of the Claim of ANTHONY PHILLIPS,
Respondent, against HOLMES EXPRESS COMPANY et al.,
Appellants.          ♪

STATE INDUSTRIAL COMMISSION, Respondent

*Workmen's Compensation Law — rebreaking of previously fractured
arm — when insurer at time of first breaking must bear entire liability.*

*Phillips* v. *Holmes Express Co.*, 190 App. Div. 336, affirmed.

(Argued April 15, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the third judicial department,
entered January 3, 1920, affirming an award of the state
industrial commission made under the Workmen's Com-
pensation Law.  Claimant, a chauffeur, received a frac-
ture of the right forearm while cranking a motor car.
An agreement was made to pay compensation for this
accident.  Some time thereafter claimant returned to
work and while attempting to crank a car the fracture
rebroke.  After the first accident the policy of the Ætna
Life Insurance Company expired and the Maryland
Casualty Company was the insurer at the time of the
second break.  The question was as to which insurance
carrier was liable.  The Appellate Division held that
the latter injury was clearly the result of the former
and that the first insurer should bear the entire liability.

*William H. Foster* and *James B. Henney* for appellant.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of
counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
MCLAUGHLIN, CRANE and ELKUS, JJ.